377 A.2d 1267

PENNSYLVANIA SOCIAL SERVICES UNION, Affiliated Service Employees International Union, AFL–CIO

v.

PENNSYLVANIA LABOR RELATIONS BOARD and Commonwealth of Pennsylvania.

Appeal of PENNSYLVANIA SOCIAL SERVICES UNION.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1975.

Decided Oct. 7, 1977.

Application for Reargument Denied Jan. 5, 1978.

Stephen A. Sheller, Philadelphia, for appellant.

James L. Crawford, Thomas H. Lane, Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POM-
EROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM:

The orders of the Commonwealth Court and the Pennsyl-
vania Labor Relations Board are hereby vacated.

This case is remanded to the Pennsylvania Labor Rela-
tions Board for further proceedings in light of *Pennsylvania
Labor Relations Board v. State College Area School District,*
461 Pa. 494, 337 A.2d 262 (1975), granting leave to each
party to modify and amend its position as it may wish,
including the right to introduce additional evidence.

JONES, former C. J., did not participate in the decision of
this case.